UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE DWYER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  3:22-cv-00431-AJB-AHG<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO RESET MANDATORY SETTLEMENT CONFERENCE [ECF No. 16], and**<br><br>**(2) MODIFYING MANDATORY SETTLEMENT CONFERENCE TO BE VIA VIDEOCONFERENCE AND ISSUING UPDATED PROCEDURES** |

On June 13, 2022, the Court scheduled the Mandatory Settlement Conference ("MSC") in this matter for May 24, 2023 at 9:30 a.m. ECF No. 13. Upon joint request of

the parties (ECF No. 16),[1] and good cause appearing, the Court **RESETS** the MSC for **May 11, 2023 at 2:00 p.m.**[2] before the Honorable Allison H. Goddard.

The Order scheduling the MSC incorporated by reference the Court's existing requirement of personal attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation at the conference. ECF No. 13 at 3; AHG.MSC.R. at ¶ 3; *see also* ECF No. 13 at 3 (noting

---

[1] The Court will address the pending motion to file amended complaint, continue dispositive motion deadline, and increase page limit (ECF No. 16) in a separate written order.

[2] The pre-conference deadlines are also reset as follows:

1. Plaintiff must serve on Defendant a **written** settlement proposal, which must include a specific demand amount, no later than **April 20, 2023**. The defendant must respond to the plaintiff **in writing** with a specific offer amount prior to the Meet and Confer discussion. The parties should not file or otherwise copy the Court on these exchanges. Rather, the parties must include their written settlement proposals in their respective Settlement Conference Statements to the Court.

2. Counsel for the parties must meet and confer in person, via videoconference, or by phone no later than **April 27, 2023**.

3. Each party must prepare a Settlement Conference Statement, which will be served on opposing counsel and lodged with the Court no later than **May 4, 2023**. The Statement must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). The substance of the Settlement Conference Statement must comply fully with the Judge Goddard's Mandatory Settlement Conference Rules (located on the court website at https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Mandatory%20Settlement%20Conference%20Rules.pdf).

4. Each party may also prepare an **optional** Confidential Settlement Letter for the Court's review only, to be lodged with the Court no later than **May 4, 2023**. The Letter must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). Should a party choose to prepare a Letter, the substance of the Settlement Conference Letter must comply fully with the Judge Goddard's Mandatory Settlement Conference Rules.

5. **All parties are ordered to read and to fully comply with the Chambers Rules and Mandatory Settlement Conference Rules of Magistrate Judge Allison H. Goddard.**

that the MSC would occur "*in the chambers of* Magistrate Judge Allison H. Goddard") (emphasis added). Upon due consideration, the Court hereby **MODIFIES** the in-person MSC to be via **videoconference** for all attendees. To facilitate this modification, the Court hereby **ORDERS** as follows:

  1. The Court will use its official Zoom video conferencing account to hold the Settlement Conference. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[3] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the Settlement Conference.[4] There is a cost-free option for creating a Zoom account.

  2. Prior to the start of the Settlement Conference, the Court will email each participant an invitation to join a Zoom video conference. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation.

  3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the Settlement Conference to ensure that the conference begins promptly at 2:00 p.m.

---

[3] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

[4] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

4. Zoom's functionalities will allow the Court to conduct the Settlement Conference as it ordinarily would conduct an in-person one. The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[5] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. No later than **May 4, 2023**, counsel for each party shall send an e-mail to the Court at efile_goddard@casd.uscourts.gov containing the following:

    a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b. An **e-mail address for each participant** to receive the Zoom video conference invitation;

    c. A **telephone number where each participant** may be reached; and

    d. A **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the ENE to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

6. All participants shall display the same level of professionalism during the Settlement Conference and be prepared to devote their full attention to the Settlement Conference as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging

---

[5] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

1  cable is readily available during the video conference.

2      7.    Counsel are advised that although the Settlement Conference will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated: March 9, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge